Entered on Docket
November 12, 2010

_____
**Hon. Mike K. Nakagawa**
**United States Bankruptcy Judge**
_____

**E-FILED  November 5, 2010**

Kevin Hahn
Nevada Bar No. 9821
MALCOLM ♦ CISNEROS, A Law Corporation
608 South 8th Street
Las Vegas, NV 89101
(800) 741-8806 Phone
(949) 252-1032 Fax
kevin@mclaw.org

Attorneys for WELLS FARGO HOME MORTGAGE

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re | Chapter 13 |
| RAUL E. CARMONA and ELVIRA A. CARMONA, | Case No. S-09-28797-MKN |
| Debtors, | Hearing Date: October 6, 2010<br>Hearing Time: 1:30 p.m. |
| | Location:    Foley Federal Bldg.<br>                    Courtroom No. 2 |

**ORDER FOR RELIEF FROM THE AUTOMATIC STAY**

The Motion for Relief from Automatic Stay of WELLS FARGO HOME MORTGAGE and its successors and/or assigns came on regularly for hearing before this court on October 6, 2010, appearances as noted on the record.  No timely opposition having been filed, the court being fully advised in the premises and good cause appearing:

IT IS HEREBY ORDERED that the Motion for Relief from Automatic Stay be, and hereby is granted, provided that the Notice of Default is re-recorded.

IT IS FURTHER ORDERED that all stay provisions are hereby terminated as to the real

1

property commonly known as 10830 Villa Torre Street, Las Vegas, Nevada 89141.

SUBMITTED BY:

/s/ *Kevin Hahn*
KEVIN HAHN
Nevada Bar No. 9821
608 South 8th Street
Las Vegas, NV 89101
(800) 741-8806 Phone
Attorneys for WELLS FARGO HOME MORTGAGE

RULE 9021 CERTIFICATION

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that:

____ The Court has waived the requirement set forth in LR 9021(b)(1).

____ No party appeared at the hearing or filed an objection to the motion.

_X_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

KATHLEEN A. LEAVITT, Trustee: _____

Approved_____    Disapproved_____    Failed to Respond __X__

____ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

# # #